Apr 22, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 15-20283-CR-MARTINEZ/GOODMAN

CASE NO. _____

21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

KERRY DWAYNE SAMPSON,

        **Defendant.**
_____/

### INFORMATION

The United States Attorney charges that:

Beginning as early as on or about June 1, 2011, and continuing through on or about July 26, 2011, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KERRY DWAYNE SAMPSON,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney, to import into the United States from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

With respect to defendant Kerry Dwayne Sampson, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(2)(B).

## FORFEITURE ALLEGATIONS

1. The allegations in this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which the defendant, **KERRY DWAYNE SAMPSON**, has an interest.

2. Upon the conviction of a violation of Title 21, United States Code, Sections 952(a) and 963, as alleged in this Information, the defendant, **KERRY DWAYNE SAMPSON**, shall forfeit to the United States, any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used by the defendant, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SARAH J. SCHALL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

KENNY DWAYNE SAMPSON,

**Defendant.**
_____ /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| x | Miami | ___ | Key West | | |
|---|---|---|---|---|---|
| ___ | FTL | ___ | WPB | ___ | FTP |

New Defendant(s)          Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    NO
   List language and/or dialect

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        x          Petty         ___
   II   6 to 10 days       ___        Minor         ___
   III  11 to 20 days      ___        Misdem.       ___
   IV   21 to 60 days      ___        Felony        x
   V    61 days and over   ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    x No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    x No


_____
SARAH J. SCHALL
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501805

*Penalty Sheet(s) attached                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** KENNY DWAYNE SAMPSON

**Case No:** _____

Count #:1

Conspiracy to Import 500 grams or more of Cocaine

Title 21, United States Code, Sections 952(a), 963

* Max. Penalty: Forty (40) Years of Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.