UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  Case No.15-20283-CR-MARTINEZ
     Plaintiff,

vs.  SENTENCING NOTICE

**KERRY DWAYNE SAMPSON (C )**

     Defendant,
_____/

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the **Honorable JOSE E. MARTINEZ**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on  **Friday, August 28, 2015 at 1:30 p.m.**  for imposition of sentence.  On the date, report to the U.S. Courthouse, 400 N. Miami Ave, Room 10-1, Miami, Florida, where sentence will be imposed.  **You will receive no further notice**.

If the above-named defendant had executed a bond with this Court, this notice advises the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Pre-sentence Investigation and Report (PSR) to this Court will be completed and a copy made available to the parties and their counsel.  DEFENSE COUNSEL AND THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION).

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Pre-sentence Report.

**For each supporter of the Defendant, the Court's usual practice is either (a) to read a letter from the supporter prior to the sentencing hearing OR (b) to hear from the supporter during the sentencing hearing, but not both.  If a supporter submits a letter to the Court, then please make sure it includes all statements that the supporter wishes to make on behalf of the Defendant, since the Court does not usually permit statements during the sentencing hearing from a supporter who has submitted a letter.**

DATED: June 12, 2015       STEVE M. LARIMORE
COUNSEL: Jonathan Friedman       COURT ADMINISTRATOR
GOVERNMENT: Kurt Lunkenheimer       CLERK OF COURT

     *s/Wanda Holston*
     Courtroom Deputy

U.S. GOVERNMENT, U.S. MARSHAL, PROBATION OFFICE, DEFENDANT