UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-20283-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KERRY DWAYNE SAMPSON,

        Defendants.

_____/

**NOTICE RESETTING CALENDAR CALL**

    **PLEASE TAKE NOTICE** that the Calendar Call for the above-styled cause has been **re-set** to: **Monday, November 30, 2015 at 12:15 p.m.,** before United States District Judge Jose E. Martinez, in Courtroom 10-1, at the United States District Court, 400 North Miami Avenue, Miami, Florida 33128.  **All Counsel shall appear for calendar call.**  The two-week trial period of November 30, 2015 shall remain the same.  Defendants are not required to appear at calendar call.

   DATED: November 20, 2015

                                              s/*Wanda Holston*
                                              Courtroom Deputy

copies provided:
All Counsel of Record